```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20781
    DEBRA J NOVAK
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-0756


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 11/06/2007 and was confirmed 01/07/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 05/05/2008.
------------------------------------------------------------------------------
   CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                   PAID          PAID
------------------------------------------------------------------------------
ROUNDUP FUNDING LLC       UNSEC W/INTER    4170.36              .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER     313.41              .00            .00
AURORA LOAN SERVICES      NOTICE ONLY     NOT FILED             .00            .00
AURORA LOAN SERVICES LLC  CURRENT MORTG       .00               .00            .00
AURORA LOAN SERVICES LLC  MORTGAGE ARRE 105780.56               .00         195.60
AURORA LOAN SERVICES      NOTICE ONLY     NOT FILED             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         4412.47              .00            .00
FLEET                     UNSEC W/INTER  NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER    3404.98              .00            .00
CAPITAL ONE               UNSEC W/INTER    1244.28              .00            .00
CINGULAR WIRELESS         UNSEC W/INTER  NOT FILED              .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED              .00            .00
HSBC CARD SERVICES        UNSEC W/INTER  NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER    1821.46              .00            .00
NICOR GAS                 UNSEC W/INTER  NOT FILED              .00            .00
TCF FINANCIAL SERVICES    UNSEC W/INTER  NOT FILED              .00            .00
ROUNDUP FUNDING LLC       NOTICE ONLY    NOT FILED              .00            .00
HSBC CARD SERVICES        NOTICE ONLY    NOT FILED              .00            .00
AURORA LOAN SERVICES      NOTICE ONLY    NOT FILED              .00            .00
DENNIS G KNIPP            DEBTOR ATTY     2,500.00                         2,500.00
TOM VAUGHN                TRUSTEE                                            234.40
DEBTOR REFUND             REFUND                                                .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 2,930.00

PRIORITY                                           .00
SECURED                                         195.60
UNSECURED                                          .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20781 DEBRA J NOVAK
```

```
ADMINISTRATIVE                                               2,500.00
TRUSTEE COMPENSATION                                           234.40
DEBTOR REFUND                                                     .00
                                   ---------------    ---------------
TOTALS                                    2,930.00           2,930.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 08/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE